UNITED STATES CASUALTY CO., Appellant, v. SHERIDAN, Respondent. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Appeal from Special Term, New York County. Action by the United States Casualty Company against Theresa A. S. Sheridan. From an order denying a motion for inspection of books and papers, plaintiff appeals. Reversed, and motion granted. Carl Schurz Petrasch, for appellant. Raphael Link, for respondent.
PER CURIAM. The plaintiff appeals from an order denying a motion for the inspection of certain of defendant's books and papers for the purpose of enabling the plaintiff to frame its complaint. The facts are similar to those presented in Fidelity & Casualty Co. v. Seagrist, 79 App. Div. 614, 80 N. Y. Supp. 277, and

U. S. Casualty Co. v. Robbins Co., 108 App. Div. 361, 95 N. Y. Supp. 726, in both of which cases the plaintiff's right to an inspection was upheld. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.